HARRY J. STYLES, Respondent, v. WILLIAM J. STYLES, SR., and Others, Appel-

lants.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.